*Tuesday, August 31, 1999*

## MERIT DOCKET

**99-1235.   Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97-R-1686. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion requesting an order reversing and vacating the decision and remanding the case to Board of Tax Appeals,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended, and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution, and that a copy of this entry be certified to the Board of Tax Appeals for entry.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION DOCKET

**99-1508.   In re Election Contest of Democratic Primary Election Held May 4, 1999 for Nomination to the Office of Clerk, Youngstown Mun. Court.**
Mahoning C.P. No. 99CV1389. This cause is pending before the court as an appeal of a contest of election pursuant to R.C. 3515.15. Upon consideration of appellant's motion to expedite briefing,

IT IS ORDERED by the court that the motion to expedite briefing be, and hereby is, granted.,

IT IS FURTHER ORDERED by the court that the Clerk of the Court of Common Pleas of Mahoning County transmit the common pleas court record immediately.

IT IS FURTHER ORDERED by the court that appellee shall file her merit brief within eight days of the date of this entry, and appellant shall file his reply brief, if any, within three days after the filing of appellee's brief.

**99-1532.   Marcum v. Rice.**
Franklin App. Nos. 98AP-717, 98AP-718, 98AP-719 and 98AP-721. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., and COOK, J., dissent.

*Wednesday, September 1, 1999*

## MERIT DOCKET

**99-584.   State ex rel. Budreaux v. Ryznar.**
In Mandamus. On motion for judgment and motion for submission of newly discovered evidence. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99-982.   State ex rel. Sovchik v. Cloverleaf Local School Bd. of Edn.**
Medina App. No. 2959-M. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.